**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6934**

DONALD LEE HINTON,

            Plaintiff – Appellant,

      v.

OFFICER ANDERSON; C/O MULLEN; SGT. PROFIT,

            Defendants – Appellees,

      and

NURSE O'CONNER; NURSE MALINGALIN; NURSE SHEYBANI; OFFICER
WAD; SGT. SIZEMORE; POCAHONTAS CORRECTIONAL CENTER; C/O
BUCKLES; NURSE HEADLY; COMMONWEALTH OF VIRGINIA; OFFICER C.
ALFORD; C/O HASTING; SGT. CABWELL; C/O HOWARD; NURSE
LOCKHART; SERGEANT NEAL; NURSE STRAWBERRY; SERGEANT
THORNTON; LIEUTENANT WATTS; PSYCHOLOGIST BLAND; HEARINGS
OFFICER J. BRANDY; NURSE BOOTH; HEAD NURSE SUE YATES,

            Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:14-cv-00197-MFU-RSB)

Submitted:  November 14, 2016      Decided:  December 13, 2016

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Lee Hinton, Appellant Pro Se. Nancy Hull Davidson, John Michael Parsons, Assistant Attorneys General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Lee Hinton appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hinton v. Anderson</u>, No. 7:14-cv-00197-MFU-RSB (W.D. Va. May 27 & June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>